UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL LABOR RELATIONS BOARD,

                Petitioner,

-v-

STEPHENS MEDIA GROUP-WATERTOWN, LLC,

                Respondent.

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Whereas, on April 16, 2024, the Second Circuit Court of Appeals appointed the undersigned as Special Master (see Certified Order, Case No. 22-162, ECF No. 93), it is hereby ORDERED that the Clerk of Court is respectfully directed to open this matter as a miscellaneous case. The filing fee is hereby waived.

Dated:    New York, New York
            April 18, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**