UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>                            Petitioner,<br><br>-v-<br><br>STEPHENS MEDIA GROUP-WATERTOWN, LLC,<br><br>                            Respondent. | CIVIL ACTION NO. 24 Misc. 190 (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone status conference held today, May 23, 2024, the Court orders as follows:

1. By separate order, the Court will schedule a settlement conference (the "Settlement Conference") with Petitioner the National Labor Relations Board (the "NLRB") and Respondent Stephens Media Group-Watertown, LLC ("SMG-Watertown").

2. The Court's entry of a case management plan is HELD IN ABEYANCE pending the completion of the Settlement Conference.

3. The Court will docket in this action the NLRB's Petition for Adjudication in Civil Contempt (the "Petition") and SMG-Watertown's Answer to the Petition, which to date were only docketed in <u>National Labor Relations Board v. Stephens Media Group-Watertown, LLC</u>, Case No. 22-162 (2d Cir.).

Dated:    New York, New York          SO ORDERED.
            May 23, 2024

_____
**SARAH L. CAVE**
**United States Magistrate Judge**