UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL LABOR RELATIONS BOARD,

                Petitioner,

-v-

STEPHENS MEDIA GROUP-WATERTOWN, LLC,

                Respondent.

CIVIL ACTION NO. 24 Misc. 190 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request to adjourn the December 18, 2024 telephone conference (ECF No. 30) is **GRANTED**. The telephone conference currently set for Wednesday, December 18, 2024 at 2:00 p.m. to discuss the status of the parties' settlement negotiations (ECF No. 29) is **ADJOURNED** to **Thursday, January 9, 2025 at 2:15 p.m. ET** on the Court's Microsoft Teams platform. The parties are directed to call: (646) 453-4442; phone conference ID: 288 878 901#, at the scheduled time.

Dated:    New York, New York
            December 17, 2024

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**