UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL LABOR RELATIONS BOARD,

               Petitioner,

-v-

STEPHENS MEDIA GROUP-WATERTOWN, LLC,

               Respondent.

CIVIL ACTION NO. 24 Misc. 190 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

For good cause, the telephone conference scheduled for Wednesday, February 5, 2025 at 10:00 a.m. ET is **ADJOURNED** to **Wednesday, February 5, 2025 at 12:00 p.m. ET** on the Court's Microsoft Teams platform. The parties are directed to call: (646) 453-4442; phone conference ID: 378 222 069#, at the scheduled time.

Dated:    New York, New York
           February 3, 2025

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**