UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>                    Petitioner,<br><br>-v-<br><br>STEPHENS MEDIA GROUP-WATERTOWN, LLC,<br><br>                    Respondent. | CIVIL ACTION NO. 24 Misc. 190 (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, February 5, 2025, it is ORDERED that on or before **February 19, 2025** the parties shall file a joint letter setting forth their proposed schedule for taking depositions and briefing issues ripe for adjudication.

Dated:     New York, New York
             February 5, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**